# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-1823

_____

Todd Steckelberg

*Plaintiff - Appellant*

v.

Brad Rice, Colonel, in his individual capacity; Brenda Konfrst, Captain, in her individual capacity; Kevin Ryan, Lieutenant, in his individual capacity; Russ Stanczyck, Major, in his individual capacity; Craig Loveless, Lieutenant, in his individual capacity; The Nebraska State Patrol; Kevin Bridges, Lieutenant, in his individual capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: November 16, 2017
Filed: December 26, 2017
[Published]

_____

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.

_____

PER CURIAM.

The district court[1] dismissed Todd Steckelberg's complaints for failure to state a claim. *Steckelberg v. Rice*, 184 F. Supp. 3d 746, 759 (D. Neb. 2016), *incorporated in* Order, No. 4:15-CV-3069 (D. Neb. Mar. 24, 2017) (Doc. No. 23). He appeals. After reviewing the record and arguments for reversal, this court concludes that dismissal was proper. *See Kruger v. Nebraska*, 820 F.3d 295, 301 (8th Cir. 2016) (de novo review). As the district court ruled in its thorough and well-reasoned opinions, the complaints fail to state a claim under federal or Nebraska law. *See Steckelberg*, 184 F. Supp. 3d at 754-59 *and* Order at 2-5, *discussing* U.S Const. amends. I, XIV; 42 U.S.C. §§ 1983, 1985(2); Neb. Rev. Stat. § 48-217; Neb. Const. art. XV, § 13. Further discussion would have no precedential value. Having jurisdiction under 28 U.S.C. § 1291, the judgment is affirmed. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.